# Exhibit E

Prepared By:
PEIRSONPATTERSON, LLP
4400 ALPHA ROAD
DALLAS, TX 75244-4505
800-899-9027

After Recording Please Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
4400 ALPHA ROAD
DALLAS, TX 75244-4505
800-899-9027

———————————————————[Space Above This Line For Recording Data]———————————————————

Loan No

# PENNSYLVANIA ASSIGNMENT OF MORTGAGE

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey unto Bayview Loan Servicing, LLC, (herein "Assignee"), whose address is 4425 Ponce de Leon Blvd., Coral Gables, FL 33146, a certain Mortgage dated December 29, 2005 and recorded on January 4, 2006, made and executed by MARIA J DISEN AKA MARIA JIMENEZ DISEN-COLON, to and in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., ("MERS") AS NOMINEE FOR CENTURY 21(R) MORTGAGE (SM), ITS SUCCESSORS AND ASSIGNS upon the following described property situated in MONROE County, Commonwealth of Pennsylvania:
Property Address: 1519 TITANIA STREET, TOBYHANNA, PA 18466

See exhibit "A" attached hereto and made a part hereof.

such Mortgage having been given to secure payment of Thirty Nine Thousand and 00/100ths ($39,000.00), which Mortgage is of record in Book, Volume or Liber No. 2253, at Page 7339 (or as No. 200600389), in the Office of the Recorder of Deeds of MONROE County, Commonwealth of Pennsylvania.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Pennsylvania Assignment of Mortgage
JPMorgan Chase Bank N.A.- Project W5003                Page 1 of 3

EXHIBIT A

ALL THAT CERTAIN PROPERTY SITUATED IN THE TOWNSHIP OF COOLBAUGH, IN THE COUNTY OF MONROE, COMMONWEALTH OF PENNSYLVANIA, AND BEING DESCRIBED AS FOLLOWS: 03/4C/1/68. BEING MORE FULLY DESCRIBED IN A DEED DATED 06/23/00 AND RECORDED 06/26/00, AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 2080 AND PAGE 4906.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 02\15\2019.

Assignor:
JPMorgan Chase Bank, National Association

By: *[signature]*
Rene Tanner

Its: **VICE PRESIDENT**

[Seal: JPMorgan Chase Bank, National Association Corporate Seal]

Certificate of Residence:

I/We do hereby certify that the precise address of the within named mortgagee, assignee, or person entitled to interest is 4425 Ponce de Leon Blvd., Coral Gables, FL 33146.

JPMorgan Chase Bank, National Association as assignee or agent for assignee

By: *[signature]*
Rene Tanner

Its: **VICE PRESIDENT**

[Seal: JPMorgan Chase Bank, National Association Corporate Seal]

Pennsylvania Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W5003       Page 2 of 3

## ACKNOWLEDGMENT

State of Louisiana §
§
Parish of Ouachita §

On this **13th** day of **February 2019**, before me appeared **Rene Tanner**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **VICE PRESIDENT**, of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that **Rene Tanner** acknowledged the instrument to be the free act and deed of the said entity.

EVA REESE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 17070

Signature of Officer

Printed Name: *Eva Reese*

Title of Officer: *Notary Public*

(Seal)

My Commission Expires: *Lifetime*

Pennsylvania Assignment of Mortgage
JPMorgan Chase Bank N.A, Project W5003      Page 3 of 3



# COUNTY OF MONROE

**RECORDER OF DEEDS**
610 MONROE STREET
SUITE 125
STROUDSBURG, PA 18360
Area Code (570) 517-3969

Josephine Ferro - Recorder

| | |
|---|---|
| Instrument Number - 201904257 | Book - 2524   Starting Page - 8524 |
| Recorded On 2/26/2019 At 3:19:38 PM | * Total Pages - 5 |

* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 770286
* Grantor - COLON, MARIA JIMENEZ DISEN
* Grantee - BAYVIEW LOAN SERVICING LLC
User - DMS
* Customer - JPMORGANCHASE - EP4
* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| RECORDING FEES | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TAX CODE CERTIFICATION FEES | $10.00 |
| TOTAL PAID | $68.75 |

RETURN DOCUMENT TO:
JPMORGANCHASE - EP4

| MC GIS Registry UPI Certification |
|---|
| On February 26, 2019 By JG |

TAX ID #

Total Tax IDs: 1



I Hereby CERTIFY that this document is recorded in the Recorder's Office of Monroe County, Pennsylvania

*Josephine Ferro*

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

### THIS PAGE IS NOW THE LAST PAGE OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

Book: **2524** Page: **8528**